UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. DIAZ, | Case No. 1:18-cv-01536-JDP (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS AS MOOT |
| v. | |
| RESPONDENTS. LAKE, | ECF No. 18 |
| Respondent. | |

Petitioner Michael A. Diaz, a federal prisoner without counsel, seeks a petition for writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. Petitioner argues that the Federal Bureau of Prisons ("BOP") has erred in calculating his sentencing credits and release date. Respondent moves to dismiss the case, arguing that the petition is moot because the BOP has recalculated the pertinent sentencing credits and release date, as requested by petitioner. ECF No. 18. Respondent's exhibits and the BOP's inmate locator show that the new, recalculated release date for petitioner has passed and that he has been released from prison.[1] The parties have consented to the jurisdiction of a magistrate judge. *See* ECF Nos. 19, 21.

We will dismiss the case as moot. Because the BOP has recalculated petitioner's release

---

[1] *See* ECF No. 18-1 at 4-5; Federal Bureau of Prisons, Find An Inmate, https://www.bop.gov/inmateloc/ (last visited July 1, 2019) (showing petitioner Michael A. Diaz, inmate number 26920-034, released on June 17, 2019).

1

date and petitioner has been released, this case is moot. *See Abbott v. Fed. Bureau of Prisons*, 771 F.3d 512, 513 (9th Cir. 2014) (reasoning that a habeas claim had been rendered moot by relief granted by the BOP); *Brown v. Copenhaver*, 715 F. App'x 664, 665 (9th Cir. 2018) (concluding that petitioner's release from custody mooted the case after reviewing the BOP's inmate locator). If we are mistaken as to the facts supporting this dismissal—that the BOP has recalculated petitioner's release date and that petitioner has already been released—any party may move to reopen the case. *See* Fed. R. Civ. P. 59(e), 60(b).

**Order**

1. Respondent's motion to dismiss for lack of jurisdiction, ECF No. 18, is granted.
2. This case is dismissed as moot.
3. The clerk of court is directed to enter judgment in favor of respondent and close this case.

IT IS SO ORDERED.

Dated: July 2, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 202